UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, <br> Plaintiff, <br> v. <br> FILLMORE D. MARKS, <br> Defendant. | Case No. 18-cv-06161-SK <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** <br><br> Regarding Docket No. 11 |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with prejudice in the above-captioned action. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties

**IT IS SO ORDERED**.

Dated: February 22, 2019

_____
SALLIE KIM
United States Magistrate Judge